1
2
3
4
5

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

6
7
8
9
10
11

| UNITED STATES OF AMERICA | ) | Case No.: 18-CR-4959 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT AND ORDER OF |
| v. | ) | DISMISSAL OF INFORMATION, |
| | ) | EXONERATE BOND AND |
| Alex Mendoza-Lopez. | ) | RELEASE OF PASSPORT |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

12
13        Upon motion of the UNITED STATES OF AMERICA and good cause appearing,
14
15        IT IS SO ORDERED that the Information in the above-entitled case be dismissed
16 with prejudice, the bond exonerated, and passport released by Pretrial Services, if held.
17
18        DATED:   4/23/2020   .
19
20
21        KAREN S. CRAWFORD
          United States Magistrate Judge
22
23
24
25
26
27
28